FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D16-2989
_____

TARIQ KAREEM,

　　Appellant,

v.

STATE OF FLORIDA,

　　Appellee.

_____

On appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

December 14, 2018

PER CURIAM.

　　AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David W. Collins of Collins Law Firm, Monticello, for Appellant.

Pamela Jo Bondi, Attorney General, Jason W. Rodriguez, Assistant Attorney General, Tallahassee, for Appellee.